

# Social Security Administration

Date: December 04, 2017
Claim Number: XXX-XX-1179A

MIKHAIL GASPAROV
36 ALLEN PL
STATEN ISLAND NY 10312-5902

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**
Beginning December 2017, the full monthly Social Security benefit before any deductions is $1,104.30.

We deduct $130.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $974.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third Wednesday of each month.

**Information About Past Social Security Benefits**
From December 2016 to November 2017, the full monthly Social Security benefit before any deductions was $1,082.70.

We deducted $108.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $974.00.
(We must round down to the whole dollar.)

## Type of Social Security Benefit Information
You are entitled to monthly disability benefits.

## Date of Birth Information
The date of birth shown on our records is September 16, 1969.

## Medicare Information
You are entitled to hospital insurance under Medicare beginning November 2011.

You are entitled to medical insurance under Medicare beginning July 2012.

## Suspect Social Security Fraud?
Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions
We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 866-331-5288. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
2389 RICHMOND AVENUE
STATEN ISLAND, NY 10314

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*