Case 1-18-40284-nhl    Doc 11    Filed 02/12/18    Entered 02/12/18 15:51:23

2/6/2018    THE RYLO FIRM P.C. Mail - U.S. Bankruptcy Court, Eastern District of New York - Returned Mail Notice, In re: Mikhail Gasparov, Case Number: 18-40284, n...



Albert Rylo <aar@rylolaw.com>

# U.S. Bankruptcy Court, Eastern District of New York - Returned Mail Notice, In re: Mikhail Gasparov, Case Number: 18-40284, nhl, Ref: [p-117244425]

**USBankruptcyCourts@noticingcenter.com** <USBankruptcyCourts@noticingcenter.com>   Fri, Feb 2, 2018 at 5:17 PM
To: aar@rylolaw.com

Notice of Returned Mail to Debtor/Debtor's Attorney

February 2, 2018

From: United States Bankruptcy Court, Eastern District of New York

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Mikhail Gasparov, Case Number 18-40284, nhl

RECEIVED/MR 2018 FEB 12 P 12: 01
CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
271-C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1800**

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

Capitalone
Po Box 85520
Richmond, VA 23285-5520

THE UPDATED ADDRESS IS:

Capital One financial Corporation
1500 Capital One drive
McLean, VA 23238

_____    1/5/18
Signature of Debtor or Debtor's Attorney    Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

📄 R_P118402842450023.PDF
8K