UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
IN RE:

Mikhail Gasparov

               Debtor,

----------------------------------------------------X

Chapter 7
Case No.:    18-40284

**AFFIDAVIT REGARDING PAY STUBS**

State of New York  )
                     )ss.:
County of Kings   )

Mikhail Gasparov, duly sworn deposes and says:

1. I am the Debtor in the above-referenced Chapter 7 bankruptcy proceeding.
2. My social security number is -52-86-1179
3. I cannot provide employment pay-stubs as I was not employed in the 6-month period preceding the filing of the above referenced bankruptcy proceeding and currently collect social security benefits.

                                                    _____
                                                    Mikhail Gasparov

Sworn to me this _february_
_18_ day of _2018_
_____
Notary Public

              ALBERT RYLO
   NOTARY PUBLIC-STATE OF NEW YORK
         No. 02RY6240626
      Qualified in Kings County
  My Commission Expires May 31, 20__