**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------

In Re:                                  Chapter 7

GASPAROV, MIKHAIL
                                        Case No. 18-40284-NHL
F/K/A MICHAEL V. GASPAROV
F/K/A MICHAL GASPAROV
Debtor.
-----------------------------------------------------------

**STIPULATION AND ORDER EXTENDING TIME TO FILE**
**MOTION PURSUANT TO SECTION 707 OR OBJECT TO DISCHARGE**
**PURSUANT TO SECTION 727 OF THE BANKRUPTCY CODE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the

undersigned that the time period within which the Trustee may

object to the debtor(s) discharge pursuant to 11 U.S.C. §727 and

the time within which the Trustee may file a motion pursuant to 11

U.S. C. §707 are hereby extended until June 21st, 2018.

Dated:  NEW YORK, NEW YORK
        March 23,2018              /s/ John S. Pereira
        _____

                                   JOHN S. PEREIRA
                                   TRUSTEE
                                   641 LEXINGTON AVENUE
                                   13th FLOOR
                                   NEW YORK, NEW YORK 10022


Dated: BROOKLYN, NEW YORK
       March 20th, 2018        BY: /s/ Albert Rylo
       _____

                                   Albert Rylo
                                   The Rylo Firm, P.C.
                                   1809 Coney Island Avenue
                                   Brooklyn, NY 11230

**SO ORDERED:**