UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re:  Chapter 7

MIKHAIL GASPAROV
F/K/A MICHAEL V. GASPAROV           Case No. 18-40284-NHL
F/K/A MICHAEL GASPAROV

Debtor.

**STIPULATION AND ORDER EXTENDING TIME TO FILE
MOTION PURSUANT TO SECTION 707 OR OBJECT TO DISCHARGE
PURSUANT TO SECTION 727 OF THE BANKRUPTCY CODE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that the time period within which the Trustee may object to the debtor(s) discharge pursuant to 11 U.S.C. §727 and the time within which the Trustee may file a motion pursuant to 11 U.S.C. §707 are hereby extended until June 21st, 2018.

Dated: NEW YORK, NEW YORK
       March 23, 2018

/s/ John S. Pereira
JOHN S. PEREIRA
TRUSTEE
641 LEXINGTON AVENUE
13th FLOOR
NEW YORK, NEW YORK 10022

Dated: BROOKLYN, NEW YORK
       March 20th, 2018

BY: /s/ Albert Rylo
Albert Rylo
The Rylo Firm, P.C.
1809 Coney Island Avenue
Brooklyn, NY 11230

**SO ORDERED:**



Dated: April 2, 2018
Brooklyn, New York

/s/ Nancy Hershey Lord
**Nancy Hershey Lord
United States Bankruptcy Judge**